UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patricia Gardner,

Plaintiff,

v.

Howard George Kilby,

Defendant.

File No. 00-723 (DSD/JMM)

**STIPULATION TO EXTEND IME DEADLINE AND ORDER**

WHEREAS, the parties to this matter, by and through their undersigned counsel of record, agree to an extension of the date for the completion of IME as currently set forth in the Scheduling Order;

WHEREAS, the parties' stipulation is based on the difficulty of completion of the IME of Plaintiff for reasons beyond Defendant's control;

WHEREAS, Defendant originally scheduled an IME to take place with Dr. Salovich on October 16, 2000. Defendant arranged for Yellow Taxi to pick Plaintiff up for the IME at the Dorothy Day Center where she was living at the time. Despite these arrangements, Defendant received a call from Dr. Salovich on October 16, 2000 that Plaintiff never arrived for the IME. Defendant called Yellow Taxi Cab Co. Yellow Taxi admitted that it had made a mistake and had failed to pick up Plaintiff;

WHEREAS, Defendant rescheduled the IME of Plaintiff with Dr. Salovich to take place on November 2, 2000, and made arrangements with a different cab company for Plaintiff's

DEC 06 2000

transportation. On November 2, 2000, the cab did arrive to transport Plaintiff to the IME, but Plaintiff was not there to be picked up as arranged; and

WHEREAS, the next earliest date thereafter for an appointment with Dr. Salovich was December 12, 2000, which Defendant has set for the IME of Plaintiff;

THEREFORE, the parties agree that the date for completion of IME's should be extended to December 12, 2000, and that no other dates in the scheduling order shall be impacted by this extension.

**RIDER BENNETT EGAN & ARUNDEL, LLP**

By ______________________

Brian A. Wood (141690)
Caroline E. Ostrom (278476)
Attorneys for Defendant
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Dated: 11 · 30, 2000.

**GALLAGER LAW FIRM**

By ______________________

Benjamin Gallagher, Esq. (167253)
Gallagher Law Firm
3210 Rice Street
Little Canada, MN 55126
(651) 494-0444

Dated: 12/5/00, 2000.

Having reviewed the above stipulation of the parties, and upon all the files, records, and proceedings herein, the Court ADOPTS the stipulation as its Order and directs the Clerk of Court to enter it accordingly.

Dated: 12/5, 2000.

John M. Mason
United States Magistrate Judge