UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PATRICIA GARDNER,

Plaintiff,

v.

HOWARD GEORGE KILBY,

Defendant.

CIVIL NO. 00-723 (JMM)

NOTICE OF ASSIGNMENT
OF CASE FOR TRIAL

No later than April 30, 2001, the following shall be filed:

1. All materials required to be filed by the Federal Rules of Civil Procedure and the Local Rules of this Court;

2. All motions in limine; and

3. A trial memorandum setting forth: the facts which each party expects to prove, the legal and factual issues to be resolved, and the controlling legal authority; evidentiary issues and applicable legal authorities; and the estimated time required for the entire trial, including final arguments.

A final pretrial conference will be held with Plaintiff and trial counsel on May 7, 2001, at 10:00 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, pursuant to the provisions of Rule 16(d) of the Federal Rules of Civil Procedure.

Plaintiff and trial counsel shall meet with the undersigned in chambers on May 14, 2001 at 9:00 a.m. The matter is set for a jury trial as a day certain to commence on May 14, 2001 at 9:30 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: March 15, 2001

JOHN M. MASON
United States Magistrate Judge

MAR 15 2001
...SAL, CLERK