UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patricia Gardner,

Plaintiff,

vs.

Howard George Kilby,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

DSD/JMM
Case No. 00-723

---

The above-entitled action, having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

GALLAGHER LAW FIRM

By [signature]
Benjamin F. Gallagher #167253
Attorneys for Plaintiff
3210 Rice Street
Little Canada, MN 55126
(651) 494-0444

Dated: 3/30, 2001.

4-16-01

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________
Brian A. Wood (141690)
Attorneys for Defendant
Suite 2000
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 340-7970

DATED: 4-8, 2001

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without cost to any party and judgment may be entered accordingly.

BY THE COURT:

______________________________
~~John M.~~ Mason
United States ~~Magistrate~~ Judge

Dated: 4/13, 2001